

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN, TEXAS 78711

WAGGONER CARR
ATTORNEY GENERAL

May 26, 1966

Honorable W. C. Lindsey                    Opinion No. C-696
District Attorney
Jefferson County                           Re:   Reconsideration of At-
Beaumont, Texas                                  torney General's Opinion
                                                 No. WW-989

Dear Mr. Lindsey:

        You have requested our opinion as to whether Attorney
General's Opinion WW-989, which construed Article 781c
(Uniform Act for out-of-State parolee supervision) of Ver-
non's Code of Criminal Procedure, is still in effect, or if
it has been changed by the new Code of Criminal Procedure
which re-enacted Article 781c as Article 42.11.

        As Article 781c was re-enacted as Article 42.11 in the
new Code of Criminal Procedure in identical language, it is
our opinion that Attorney General's Opinion WW-989 is still
in effect except wherein it has been modified by Attorney
General's Opinion C-367 (1964), a copy of which is attached
hereto.

### S U M M A R Y

        Attorney General's Opinion WW-989 is
        still in effect except wherein it has
        been modified by Attorney General's Opin-
        ion C-367 (1964), a copy of which is at-
        tached hereto.

                                Yours very truly,

                                WAGGONER CARR
                                Attorney General of Texas

                                GILBERT J. PEÑA
                                Assistant Attorney General

GJP/dt

APPROVED:

OPINION COMMITTEE

W. V. Geppert, Chairman
Howard M. Fender
W. O. Shultz
Dunklin Sullivan
Thomas Mack

APPROVED FOR THE ATTORNEY GENERAL
By T. B. Wright